PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Terry Collier Cr.: 06-00202-001 (D/CT) 12-Cr-00326 (D/NJ-Transfer of Jurisdiction)
PACTS #: 56911

Name of Sentencing Judicial Officer: The Honorable Robert N. Chatigny (District of Connecticut)

Date of Original Sentence: 01/29/07

Original Offense: Possession with Intent to Distribute Cocaine Base

Original Sentence: 84 Months Imprisonment; 5 Years Supervised Release

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/18/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 15, 2011, and on April 13, 2012, the offender submitted a urine specimen which tested positive for marijuana. |

U.S. Probation Officer Action:
We are recommending no action at this time, and that this serve as a formal warning and reprimand to the offender from the Court.

Respectfully submitted,

By: Leslie M. Vargas
U.S. Probation Officer
Date: 05/17/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date